No. 42808.—Protest 837169-G of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the boxes in question are plated with silver and are chiefly used in the household for utilitarian purposes. The claim at 50 percent under paragraph 339 was therefore sustained.

No. 42809.—Protest 873091-G of L. Oppleman & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the savings banks were held dutiable at 40 percent under paragraph 339 as claimed.

No. 42810.—Protest 4533-K of Wm. Shaland (New York).

Opinion by DALLINGER, J. It was stipulated that the paperweights in question are similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 40 percent under paragraph 339 was therefore sustained.

No. 42811.—Protests 904949-G, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights and oilcans chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 42812.—Protests 4515-K, etc., of J. S. Staedtler, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pencils stamped with names other than the manufacturers', the same as those the subject of *Staedtler* v. *United States* (2 Cust. Ct. 484, C. D. 183). . The claim at 50 cents per gross and 25 percent ad valorem under paragraph 1549 (a) was therefore sustained.

No. 42813.—Protests 787035-G (B), etc., of American Thermo-ware Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) the aneroid barometers in question were held dutiable at 27½ percent under paragraph 372. Weather sets chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339. *Dow* v. *United States* (21 id. 282, T. D. 46816) cited.